# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-24-5084-KLD** |
| **Plaintiff,** | **VIOLATION:** |
| **vs.** | **F061002E**<br>**F061002F**<br>**Location Code: M10** |
| **JAMES E. MEYER,** | |
| **Defendant.** | **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citations are **DISMISSED**.

**IT IS FURTHER ORDERED** that all court proceedings are **VACATED**.

DATED this ___4th___ day of October, 2024

KATHLEEN L. DESOTO
United States Magistrate Judge